# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MEDICAL DEVICE DEPOT, INC.,** | * | |
| *Plaintiff,* | * | |
| v. | * | Civil Case No. 1:20-cv-02749-RDB |
| **BAKER ORLANDI VENTURES LLC** d/b/a **PARTNER FIRST** | * | |
| | * | |
| *Defendant*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

I, Derek P. Roussillon, hereby certify that I am over the age of eighteen, and I am not a party to the case. I solemnly affirm that on or about January 21, 2021, I served via certified mail, restricted delivery a copy of the Writ of Garnishment to Fifth Third Bank, N.A., through its resident agent, CSC-Lawyers Incorporating Service Company, in accordance with Md. Rule 2-124(h).

Attached to this Affidavit as **Exhibit A** is the original signed return receipt reflecting receipt by Fifth Third Bank on January 27, 2021.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

       */s/ Derek P. Roussillon*
Derek P. Roussillon
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, MD 21202
(410) 727-6464

*Attorneys for Plaintiff*
*Medical Device Depot, Inc.*

# CERTIFICATE OF SERVICE AND NOTICE OF MAILING

I HEREBY CERTIFY that on this 8th day of February, 2021 a copy of the foregoing Affidavit of Service and Writ of Garnishment was mailed first-class, postage prepaid, to:

Baker Orlandi Ventures, LLC d/b/a Partner First
s/o Raymond T. Orlandi
200 W. Liberty Street, Apt 1815
Louisville, KY 40202

*Defendant*

                                             /s/ Derek P. Roussillon
                                             Derek P. Roussillon