**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JP Morgan Chase Bank, N.A.
   The Corporation Trust, Incorporated,
   2405 York Rd, Suite 201
   Lutherville-Timonium, MD 21093

   9590 9402 6198 0220 7272 79

2. Article Number *(Transfer from service label)*

   7020 0090 0002 3019 9617

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)* — Susan N[...] / Jason D. Katsavias

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☑ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

Derek Roussillon
Miles & Stockbridge P.C.
100 Light Street
Baltimore, MD 21202

USPS TRACKING #

9590 9402 6198 0220 7272 79

BALTIMORE MD 212
21 JAN 2021 PM 6 L

United States
Postal Service