**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
LOGGED
ENTERED
RECEIVED

FEB 2 6 2020

CLERK, U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND

BY _____ DEPUTY

Medical Device Depot, Inc.
**Plaintiff,**             *

v.                         *

Baker Orlandi Ventures LLC d/b/a Partner First
**Defendant,**             *     Case No. 20-2749-RDB

and                        *

JP Morgan Chase Bank, N.A.
**Garnishee.**             *

### ANSWER OF GARNISHEE
(Maryland Rule 2-645)

In answer to the writ of garnishment for property other than wages, the Garnishee says:

1. ■ The Garnishee <u>is not</u> indebted to the Judgment Debtor or in possession of property of the Judgment Debtor.

2. ☐ The Garnishee <u>is</u> indebted to the Judgment Debtor or in possession of property of the Judgment Debtor.

   a. Please describe the amount and nature of the debt: _____

   b. Please describe the property: _____

3. ☐ The Garnishee would like to contest the garnishment and does assert the following defense: (*Note*: This may be a defense that the Garnishee has to the garnishment and/or a defense that the Judgment Debtor could assert.) _____

/s/ Peter W. Horner, Esq., 1441 Brickell Avenue, Ste. 1200, Miami, FL 33131, 305-350-5139
_____
Garnishee/Employer or Attorney

I hereby certify that I mailed a copy of this answer to the Judgment Creditor/Plaintiff or his/her attorney, and a copy to the Judgment Debtor/Employee on February 9, 2021.

/s/ Peter W. Horner, Esq., 1441 Brickell Avenue, Ste. 1200, Miami, FL 33131, 305-350-5139
_____
Garnishee/Employer or Attorney

Note: This form must be filed in accordance with Maryland Rule 2-321. Please file with Clerk of Court, U.S. District Court for the District of Maryland (*select one*):

■ 101 West Lombard Street            or            ☐ 6500 Cherrywood Lane
   Baltimore, MD 21201                                  Greenbelt, MD 20770

AnswerGarnishee (06/2016)